IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| **JERONE MIMS, on behalf of himself and all others similarly situated,**<br><br>　　　　　　**Plaintiff,**<br>　-against-<br><br>**WTR ENTERPRISES, INC.,**<br><br>　　　　　　**Defendant.** | Case No.<br>3:17-cv-00084-TCB |

## NOTICE OF DISMISSAL

COMES NOW the Plaintiff and files this notice of dismissal without prejudice under Fed. R. Civ. P. 41, with each party to bear their own fees and costs in this case.

Dated: July 18, 2017

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ C. Andrew Head*
　　　　　　　　　　　　　　　　　C. Andrew Head, GA Bar No. 341472
　　　　　　　　　　　　　　　　　Donna L. Johnson, GA Bar No. 086989
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　**HEAD LAW FIRM, LLC**
　　　　　　　　　　　　　　　　　White Provision, Suite 305
　　　　　　　　　　　　　　　　　1170 Howell Mill Road NW
　　　　　　　　　　　　　　　　　Atlanta, GA 30318
　　　　　　　　　　　　　　　　　T: (404) 924-4151

F: (404) 796-7338
E: ahead@headlawfirm.com
djohnson@headlawfirm.com

**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz (not admitted pro hac vice by dismissal date)
Alan Quiles (not admitted pro hac vice by dismissal date)
1515 S. Federal Highway
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831

**OUTTEN & GOLDEN LLP**
Justin M. Swartz (not admitted pro hac vice by dismissal date)
Michael N. Litrownik (not admitted pro hac vice by dismissal date)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

**WERMAN SALAS P.C.**
Douglas M. Werman (not admitted pro hac vice by dismissal date)
77 West Washington Street
Suite 1402
Chicago, IL 60602
Telephone: (312) 419-1008
Facsimile: (312) 419-1025

**LANDSKRONER GRIECO MERRIMAN LLC**
Drew Legando (not admitted pro hac vice by dismissal date)
Jack Landskroner (not admitted pro hac vice

2

by dismissal date)
1360 West 9th Street, Suite 200
Cleveland, Ohio 44113
Telephone:  (216) 522-9000
Facsimile:  (216) 522-9007

**FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC**
Kathleen Currie Chavez (not admitted pro hac vice by dismissal date)
10 West State St., Suite #200
Geneva, IL 60134
Tel: (630) 232-7450

**MYRON M. CHERRY & ASSOCIATES, LLC**
Myron M. Cherry (not admitted pro hac vice by dismissal date)
30 North LaSalle Street, Suite 2300
Chicago, IL 60602
Telephone:  (312) 372-2100
Facsimile:  (312) 853-0279

**KLAFTER OLSEN & LESSER LLP**
Seth R. Lesser (not admitted pro hac vice by dismissal date)
Fran L. Rudich (not admitted pro hac vice by dismissal date)
Jason Conway (not admitted pro hac vice by dismissal date)
Christopher M. Timmel (not admitted pro hac vice by dismissal date)
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone:  (914) 934-9200
Facsimile:  (914) 934-9220

*Attorneys for Plaintiff*

3

## **CERTIFICATE OF SERVICE**

Plaintiff certifies that on July 18, 2017, the foregoing Notice of Dismissal was filed via CM/ECF and served upon the following attorneys who have notified Plaintiff of their representation of Defendant in the above-styled action by electronic mail and by U.S. Mail, postage prepaid:

>Christopher R. Kazanowski
>Matthew S. Disbrow
>Honigman Miller Schwartz and Cohn LLP
>2290 First Nat'l Bldg., 660 Woodward Ave.
>Detroit, MI  48226-3506

>*/s/ C. Andrew Head*
>C. Andrew Head, GA Bar No. 341472
>Donna L. Johnson, GA Bar No. 086989
>Attorneys for Plaintiff
>**HEAD LAW FIRM, LLC**
>White Provision, Suite 305
>1170 Howell Mill Road NW
>Atlanta, GA 30318
>T: (404) 924-4151
>F: (404) 796-7338
>E: ahead@headlawfirm.com
>djohnson@headlawfirm.com